RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main Street  -  Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
Attorneys for Debtor



Order Filed on September 13, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Shaler Jackson | : | CHAPTER 13 |
| | : | CASE NO. 18-26235 |
| | : | HONORABLE STACEY L. MEISEL |
| Debtor. | : | Hearing Date: September 12, 2018 at 10:30 a.m. |

### ORDER EXTENDING

☐   CASE         ✓   AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: September 13, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is extended effective the date of this Order.^ as to all creditors with notice of the Motion