**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Shaler F. Jackson, II** | : CASE NO. 18-26235 |
| Debtor | : Hearing Date: |
| | : The Honorable Stacey L. Meisel |

**ATTORNEY'S RESPONSE TO TRUSTEE'S CERTIFICATION OF DEFAULT**

---

I, Russell L. Low, being of full age, hereby certify the following:

We are filing this opposition on behalf of the debtor because we have been unable to file a timely opposition signed by the debtor. We are asking for the opportunity to get in touch with the Debtor to resolve this matter.

Date: <u>February 20, 2019</u>                    <u>/s/ Russell L. Low, Esq.</u>

**RUSSELL L. LOW, ESQ.**