RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Shaler F. Jackson, II** | : | CASE NO. 18-26235 |
| Debtor | : | The Honorable Stacey L. Meisel |

___

**ATTORNEY'S RESPONSE TO TRUSTEE'S CERTIFICATION IN SUPPORT OF DEFAULT**

___

I, Russell L. Low, being of full age, hereby certify the following:

1. I represent the debtor, Shaler F. Jackson, II, on this bankruptcy proceeding.

2. My office has been unable to reach the above referenced debtor to file a timely opposition signed to the Trustee's Certification in Support of Default signed by him.

3. I am asking for the opportunity to contact the debtor regarding this matter in an effort to resolve the same.

4. Therefore, I am respectfully requesting on behalf of the debtor the opportunity to reach an amicable resolution regarding this matter.

Date: <u>July 3, 2019</u>                                                <u>/s/ Russell L. Low, Esq.</u>

**RUSSELL L. LOW, ESQ.**