Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−26235−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shaler F. Jackson II
    34 E. Park Street
    East Orange, NJ 07017
Social Security No.:
    xxx−xx−3204
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/14/19 at 10:00 AM

to consider and act upon the following:

*52* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/4/2019. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) (Greenberg, Marie−Ann)

*56* – Response to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/4/2019. (Attachments: # 1 30 DAY DEFAULT – PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Shaler F. Jackson II. (Low, Russell)

Dated: 7/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court