Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  18−26235−SLM
                  Chapter:  13
                  Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shaler F. Jackson II
   34 E. Park Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−3204

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 15, 2019
JAN: rah

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Shaler F. Jackson, II  
    Debtor

Case No. 18-26235-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Aug 15, 2019  
                     Form ID: 148      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.
```
db         +Shaler F. Jackson, II,    34 E. Park Street,    East Orange, NJ 07017-1617
cr         +Liberty Savings Federal Credit Union,   McKenna DuPont Higgins & Stone,    229 Broad Street,
             P.O. Box 610,    Red Bank, NJ 07701-0610
517699985  +1ST CRD SRVC,    377 HOES LANE,    PISCATAWAY, NJ 08854-4138
517699987  +LIBERTY SVNGS FED CR U,    666 NEWARK AVE,    JERSEY CITY, NJ 07306-2398
517699989  +Phelan Hallinam, Diamond,& Jones PC,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
517699990  +Pressler and Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517820170  +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 15 2019 23:57:41
              Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
              Coral Gables, FL 33146-1837
517699986   EDI: CAPITALONE.COM Aug 16 2019 03:28:00      CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
              RICHMOND, VA 23238
517748854   EDI: CAPITALONE.COM Aug 16 2019 03:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
517830423  +E-mail/Text: bncmail@w-legal.com Aug 15 2019 23:57:26      CarePoint Health - Hospital,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517743190   E-mail/Text: laura@redbanklaw.com Aug 15 2019 23:56:23      Liberty Savings Federal Credit Union,
              C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
517699988  +E-mail/PDF: bankruptcy@ncfsi.com Aug 15 2019 23:59:12
              New Century Financial Services/Pressler&,    110 S. Jefferson Road, Suite 104,
              Whippany, NJ 07981-1038
517829457   EDI: PRA.COM Aug 16 2019 03:28:00      Portfolio Recovery Associates, LLC,
              C/O Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541
517699991   EDI: WFFC.COM Aug 16 2019 03:28:00      WELLS FARGO HM MORTGAG,    8480 STAGECOACH CIR,
              FREDERICK, MD 21701
517699992  +E-mail/Text: collect@williamsalexander.com Aug 15 2019 23:56:53      WILLIAMS/ALEXANDER & A,
              PO BOX 2148,    WAYNE, NJ 07474-2148
                                                                                              TOTAL: 11
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
```
          Alexandra T. Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael R. DuPont    on behalf of Creditor   Liberty Savings Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 15, 2019
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Russell L. Low    on behalf of Debtor Shaler F. Jackson, II rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7